IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHN KLEIN AND LANA KLEIN | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-15219 SR |
| JOHN KLEIN | : |
| PLAINTIFF | : |
| VS. | : |
| HSBC MORTGAGE SERVICES D/B/A | : |
| HSBC MORTGAGE CORPORATION (USA) | : |
| DEFENDANT | : ADVS. NO. 10-0015 |

# ORDER

**And Now,** upon consideration of the Motion of HSBC Mortgage Services, Inc. to Dismiss Complaint, the Plaintiff's Response thereto, after hearing held, and for the reasons set forth in the attached Opinion, it is hereby

**ORDERED** that the Motion is Granted and the Complaint is dismissed without prejudice. Plaintiff may file an amended pleadings within fifteen (15) days of the entry of this Order.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>June 29, 2010</u>

**MAILING LIST:**

Counsel for Defendant
Andrew K. Stutzman, Esquire
Katie M. Gaughan, Esquire
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
Philadelphia, PA 19103

Counsel for Plaintiff
Vicki Piontek, Esquire
951 Allentown Road
Lansdale, PA 19446

Chapter 13 Trustee
Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of the United States Trustee

George Conway, Esquire
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich